51 So.2d 915

### John MITCHELL v. STATE.
### 6 Div. 83.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

44 So.2d 37

### Lee MITCHELL v. STATE.
### 6 Div. 562.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Jefferson County; Robert J. Wheeler, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

46 So.2d 864

### Ellisor MOCK v. STATE.
### 4 Div. 141.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Covington County; Bowen W. Simmons, Judge.

Buying, receiving, concealing stolen property.

Ewell N. Clark, of Greenville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

51 So.2d 915

### Evie MOODY, alias v. STATE.
### 8 Div. 956.

Court of Appeals of Alabama.
Jan. 8, 1951.

Appeal from Circuit Court, Morgan County; Newton B. Powell, Judge.

PER CURIAM.
Appeal dismissed.

48 So.2d 892

### Frank MOODY v. STATE.
### 8 Div. 921.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 919

### Frank MOODY v. STATE.
### 8 Div. 874.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.